NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RYAN E. BUTLER,                          )
                                         )
              Appellant,                 )
                                         )
v.                                       )        Case No. 2D17-75
                                         )                 2D17-85
STATE OF FLORIDA,                        )                 2D17-250
                                         )
              Appellee.                  )        CONSOLIDATED
                                         )
_____  )

Opinion filed March 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Guillermo E. Gomez, Jr., of Gomez &
Touger, P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

              Affirmed.

NORTHCUTT, KELLY, and SLEET, JJ., Concur.